

FILED
CLERK, U.S. DISTRICT COURT

Aug 30, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLUOR INTERCONTINENTAL. INC., <br><br> Plaintiffs, <br><br> v. <br><br> AL SHAMSH CO. TRADING & GENERAL CONTRACTING LTD., <br><br> Defendants. | Case No. CV 16-04731 SVW <br><br> ORDER GRANTING PRELIMINARY INJUNCTION |

On August 24, 2016, Fluor Intercontinental, Inc. ("Fluor") filed its application for a Temporary Restraining Order and an Order to Show Cause Regarding a Preliminary Injunction, pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, Local Rule 7-19, and Judge Wilson's Standing Order. Fluor provided notice to Defendant Al Shamsh Co. Trading & General Contracting Ltd. ("Shamsh") via electronic mail. The Court converted this motion to a Motion for Preliminary Injunction and set a hearing date for August 29, 2016 at 1:30 p.m. Defendant Shamsh did not make an appearance at this hearing.

The Court has considered all of the papers filed in connection with Fluor's application, the papers and records on file in this action, and other matters of which the Court may properly take judicial notice. Based on that consideration, the

Court GRANTS the preliminary injunction and makes the following orders:

    1. Enjoins Shamsh from pursuing any contractual claims that it might have against Fluor in the courts of Iraq;

    2. Enjoins Shamsh from initiating any subsequent lawsuits in Iraq based on or related to any contractual claims Shamsh might have against Fluor in which a forum selection clause designated this Court to have jurisdiction; and

    3. Requires Shamsh to file in this Court any lawsuit based on or related to any contractual claims Shamsh might have against Fluor in which a forum selection clause designated this Court to have jurisdiction.

Further, this Court will have a hearing on whether to issue a permanent injunction on September 19th, 1:30 p.m. This Court orders Fluor to serve copies of this preliminary injunction and notice of the September 19th hearing on Shamsh's counsel by personal service, facsimile transmission, or electronic mail not later than September 2nd, 2016, with proof of service being filed to the Court no later than two (2) court days before the hearing.

IT IS SO ORDERED.

Dated:    August 30, 2016

                                    STEPHEN V. WILSON
                                    United States District Judge